Mr. Smith's time for appeal has lapsed, however he is free to file
a § 2255 motion.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
9/12/2023

August 31st, 2023

FILED

SEP 05 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

To the Clerk of Courts:

My name is Octavius Smith Case #
1:15-cr-388 I was sentenced to 20 yrs.
March 6, 2017. I lost trial and was given
an appeal attorney by the name of Mr.
Paul J. Nakel Jr. who filed a motion for
my direct appeal. I lost the appeal
and never heard from my attorney after
he sent me a brief summary. He never
appealed to the Supreme Courts, nor
advised me that I was to have my 2255
submitted within a year or I'll be time
Barred. At trial I was 851 an also
sentenced under the Career Offender guide-
lines. I understand that I have a "Mathis"
vs. United States Issue, also the Sentencing
Guidelines have changed. My predicates for
Career Offender guidelines were 16 yrs old.
I Im trying to get a public defender to
review and help me to appeal my case. I
contacted Jeffery Lazarus for legal con-
sultation. Can you please put this on record,
and help me with this matter. Thank You,
Humbly... Octavius Smith
61322-060